■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERTIUS LOVETT, Appellant. [876 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Stephen R. Sirkin, A.J.—Criminal Possession Stolen Property, 3rd Degree).

Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.